

# Orange County
## COUNTY ATTORNEY

**Langdon C. Chapman**
**Orange County Attorney**

**STEVEN M. NEUHAUS**
**County Executive**

**Sharon Worthy-Spiegl**
*Chief Assistant County Attorney*

**Municipal Law Unit**
15 Matthews Street, Ste. 305
Goshen, N.Y. 10924
TEL: (845) 291-3150
*FAX: (845) 291-3167

**Family Law Unit**
Tiffany N. Gagliano
*Senior Assistant County Attorney-Juvenile Justice*
Stephen Toole
*Senior Assistant County Attorney-Family Law*
14 Scotchtown Ave.
Goshen, N.Y. 10924
TEL: (845) 291-2650
*FAX: (845) 291-3014
Mailing Address: Box Z, Quarry Rd
Goshen, N.Y. 10924

January 26, 2015

Honorable Judith C. McCarthy
United States Magistrate Judge
United States District Court
Southern District of New York
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    County of Orange v. The Travelers Indemnity Company
               Case No. 7:13-cv-06790-(NSR)(JCM)

Dear Magistrate Judge McCarthy:

      As per the Court's directive from the conference held on January 8, 2015, please allow this correspondence to serve as a status on settlement discussions on the above referenced matter. The parties are pleased to advise the Court that the matter has been tentatively settled and we are in the process of executing a settlement agreement. Once the settlement is finalized, I will submit an Order for the Court's execution, seeking dismissal of the action. Should the Court require additional information, please so advise.

Respectfully submitted,

Hyun Chin Kim
Senior Assistant County Attorney

1

cc: J. Tyler Butts, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103